# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2025-2688
5D2025-3016
LT Case No. 2024-MM-007615-A

_____

TRINELL MELVIN NEVILLE HENRY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the County Court for Lake County.
Emily Lauren Curington, Judge.

Matthew J. Metz, Public Defender, and William E. Partington, III, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

July 30, 2026


PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————